UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROWEN S. SUAREZ,

    Plaintiff,

v.       Case No: 8:14-cv-251-T-30MAP

PRIDE ACQUISITIONS, LLC, CRAIG B. SANDERS and BAKER SANDERS, LLC,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. #8).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of April, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record